NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1069
(Serial No. 10/145,408)

IN RE DARRIN BENZER

Mirut Dalal, McAndrews, Held & Malloy, Ltd., of Chicago, Illinois, argued for appellant. With him on the brief was Christopher C. Winslade.

Sydney O. Johnson, Jr., Associate Solicitor, Solicitor's Office, United States Patent and Trademark Office, of Arlington, Virginia, argued for appellee. Of counsel were Stephen Walsh, Acting Solicitor and Thomas W. Krause, Associate Solicitor.

Appealed from: United States Patent and Trademark Office, Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1069
(Serial No. 10/145,408)

IN RE DARRIN BENZER

# JUDGMENT

ON APPEAL from the      United States Patent and Trademark Office
Board of Patent Appeals and Interferences

In CASE NO(S).      Serial No. 10/145,408

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:      AFFIRMED. See Fed. Cir. R. 36

Per Curiam (NEWMAN, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and RADER, Circuit Judge).

ENTERED BY ORDER OF THE COURT

DATED: September 17, 2007      /s/ Jan Horbaly
Jan Horbaly, Clerk